*ing Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 119.  FORD, TRUSTEE IN BANKRUPTCY, *v.* MAGEE. Certiorari denied. *I. Jonas Speciner* for petitioner. *Harold R. Korey* and *Emanuel Tacker* for respondent.

No. 123.  PISTOLESI *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co.  Certiorari denied. *Herbert W. Erskine* for petitioner. *David Livingston* for respondent.

No. 124.  BUILDERS TRUST Co. *v.* BUTLER ET AL. Certiorari denied. *Louis P. Sheahan* and *Samuel Lipschultz* for petitioner. *Patrick J. Ryan* for respondents.

No. 125.  ALABAMA DRY DOCK & SHIPBUILDING Co. *v.* CALDWELL ET AL.; and
No. 126.  ALABAMA DRY DOCK & SHIPBUILDING Co. *v.* ANDREWS ET AL.  Certiorari denied. *Harry H. Smith* for petitioner. *Sam M. Johnston* for respondents.

No. 129.  RABIN *v.* MICHIGAN. Certiorari denied. *Walter M. Nelson* and *George Stone* for petitioner. *Edmund E. Shepherd,* Solicitor General of Michigan, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 133.  ZELLAN *v.* GIDDINGS. Certiorari de-